## TERRE HAUTE, INDIANAPOLIS AND EASTERN TRACTION COMPANY ET AL. *v.* INDIANA ELECTRIC CORPORATION.

[No. 24,708. Filed July 3, 1924. Rehearing denied August 8, 1924.]

From Marion Superior Court (      ); *Linn D. Hay,* Judge.

Action between Terre Haute, Indianapolis and Eastern Traction Company and Indiana Electric Corporation. From judg-

State v. Morrow—195 Ind. 708.

ment rendered, the former appeals. *Temporary restraining order dissolved.*

*W. H. Latta*, for appellants.

*Fesler, Elam & Young*, for appellee.

PER CURIAM.—It not appearing that it is necessary for an injunction to be issued by this court in aid of its appellate jurisdiction, or to make its final judgment effective, and it not being manifest upon the showing made that the judgment or order appealed from is erroneous, the motion for a temporary injunction is overruled and such injunction is denied, and the temporary restraining order heretofore issued in this cause is dissolved.